MARGARET ROSENTHAL, SBN 147501
SHAREEF S. FARAG, SBN 251650
JULIE KWUN, SBN 243838
JEFFREY C. BILS, SBN 301629
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:   310.820.8859
Email:       mrosenthal@bakerlaw.com
             sfarag@bakerlaw.com
             jkwun@bakerlaw.com
             jbils@bakerlaw.com

*Attorneys for Defendant*
CIOX HEALTH, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYTASIA CALIP, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>CIOX HEALTH, LLC, a Georgia corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-7231<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Filed concurrently with Notice of Removal; Civil Cover Sheet; and Request for Judicial Notice]<br><br>Action Filed:  November 18, 2016 |

Pursuant to Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Defendant CIOX Health, LLC; CT Technologies Intermediate Holdings, Inc., a member/owner of CIOX Health, LLC; and Smart Holdings Corp., a member/owner of CIOX Health, LLC.

Dated:  December 19, 2016          Respectfully submitted,

BAKER & HOSTETLER LLP

By:   */s/ Shareef Farag*
      MARGARET ROSENTHAL
      SHAREEF S. FARAG
      JULIE KWUN
      JEFFREY C. BILS

*Attorneys for Defendant*
CIOX HEALTH, LLC

## PROOF OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509. On December 19, 2016, I served a copy of the within document(s):

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a [service company] agent for delivery.

☐ by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to the e-mail address(es) set forth below on this date before 5:00 p.m. and the transmission was reported as complete and without error.

Kenneth S. Gaines, Esq.           Email:   ken@gaineslawfirm.com
Daniel F. Gaines, Esq.                     daniel@gaineslawfirm.com
Alex P. Katofsky, Esq.                     alex@gaineslawfirm.com
Evan S. Gaines, Esq.                       evan@gaineslawfirm.com
**GAINES & GAINES, APLC**
27200 Agoura Road, Suite 101
Calabasas, CA 91301
Tel:   (818) 703-8985
Fax:   (818) 703-8984

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on December 19, 2016, at Los Angeles, California.

Hien Tran