Baker & Hostetler LLP
Attorneys at Law
Los Angeles

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYTASIA CALIP, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>CIOX HEALTH, LLC, a Georgia corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-07231-JST<br><br>[Judge Jon S. Tigar, Dept. 9]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DATES DUE TO PARTIES' MEDIATION**<br><br>Action Removed: December 19, 2016<br>Action Filed:     November 18, 2016 |

# ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The current mediation completion is continued from November 3, 2017 to December 5, 2017;

2. The "Further CMC" scheduled for October 13, 2017 is continued to December 20, 2017 at 2:00 PM;

3. The January 12, 2018 deadline for Plaintiff to file her Motion for Class Certification is continued to May 1, 2018;

4. The February 9, 2018 deadline for Defendant to file its Opposition to Plaintiff's Motion for Class Certification (if any) is continued to May 31, 2018; and

5. The deadline to file a Reply to any Opposition to Class Certification is continued from February 24, 2018 to June 15, 2018.

DATED: August 9, 2017 _____
United States District Judge



IT IS SO ORDERED
Judge Jon S. Tigar

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES