Baker & Hostetler LLP
Attorneys at Law
Los Angeles

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYTASIA CALIP, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>CIOX HEALTH, LLC, a Georgia corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-07231-JST<br><br>[Judge Jon S. Tigar, Dept. 9]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO REMAND CASE TO ALAMEDA SUPERIOR COURT WITHOUT PREJUDICE TO DEFENDANT'S ABILITY TO RE-REMOVE CASE IN LIGHT OF PROPOSED SETTLEMENT**<br><br>Action Removed: December 19, 2016<br>Action Filed: November 18, 2016<br>Trial Date: None Set |

# **PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED:

1. The instant Action is remanded to the Superior Court of the State of California, County of Alameda, for purposes of seeking approval of the global settlement reached between the Parties to this Action and the related matter, titled *Rutledge, et al. vs. HealthPort Technologies, et al.*, pending in Alameda Superior Court, Case No. RG16835813 ("*Rutledge*").

2. This order of remand is made without prejudice to Defendant, Ciox Health, LLC's ability to re-remove this Action to this Court if, for any reason, the global settlement is not approved or consummated.

DATED: January 12, 2018

_____
United States District Judge

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES